# APRIL TERM, 1871, AT DETROIT.

---

## The People v. Howard C. Bristol.

*Practice in the Supreme Court: Printing record.* In criminal cases, certified to the Supreme Court upon exceptions, it is the duty of the party excepting, to cause the record to be printed.

*Heard and decided April 4.*

*The Attorney General* submits the question:—Whether it is the duty of The People, or of the respondent, to print the record in criminal cases, certified into this court upon exceptions?

THE CHIEF JUSTICE—We regard the case as though it came up on a writ of error. The party excepting, being the moving party, must prepare the record.